**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GERALD CEARLEY,

    Plaintiff,

v.                                                                  CASE NO.:  8:17-cv-01189-JSM-AEP

BLUESTEM BRANDS, INC.
d/b/a FINGERHUT,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** GERALD CEARLEY, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, GERALD CEARLEY, and Defendant, BLUESTEM BRANDS, INC., d/b/a FINGERHUT, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this December 14, 2017, to all parties of record.

    Respectfully submitted,

    */s/ Heather H. Jones*
    Heather H. Jones, Esq.
    Florida Bar No. 0118974
    William "Billy" Peerce Howard, Esq.
    Florida Bar No. 0103330
    THE CONSUMER PROTECTION FIRM, PLLC
    210-A South MacDill Avenue
    Tampa, FL 33609
    Telephone: (813) 500-1500, ext. 205
    Facsimile: (813) 435-2369
    Heather@TheConsumerProtectionFirm.com
    Billy@TheConsumerProtectionFirm.com
    *Attorney for Plaintiff*